ANDREA DOBIN, CHAPTER 7 TRUSTEE
McMANIMON, SCOTLAND & BAUMANN, LLC
427 Riverview Plaza
Trenton, NJ  08611
609.695.6070

NOTICE TO UNITED STATES TRUSTEE
CHANGE OF NO-ASSET CHAPTER 7 CASE TO
ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 Case should be designated as an Asset Chapter 7 Case:

NAME OF CASE:     Shaun Joseph Grimaldi

CASE NUMBER:    24-14547(MBK)

AMOUNT OF FUNDS ON HAND:

If there are no funds on hand but assets that will produce funds for this estate, indicate actual or estimated value of the assets:

ACTUAL VALUE:    $      unknown

ESTIMATED VALUE: $      unknown

Other Information Relating to State of Case:     Recover fraudulent transfer.

TRUSTEE:    /s/ Andrea Dobin

DATE:      6.5.2024

4832-2202-5751, v. 2